## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| JOHN MILLER, | ) | |
| | ) | Case No. 1:20-cv-152 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| J-PAY CORPORATION, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

---

## JUDGMENT ORDER

---

For the reasons set forth in the order filed contemporaneously herewith, this matter is

**DISMISSED WITHOUT PREJUDICE**. Because the Court has **CERTIFIED** in the

accompanying order that any appeal from this order would not be taken in good faith, should

Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C.

§ 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
    */s/ John L. Medearis*
        Clerk of Court